UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alex Blue,  Case No. 19-cv-3171 (WMW/LIB)

   Plaintiff,

v.  **REPORT AND RECOMMENDATION**

Renville County, et al.,

   Defendants.

---

This matter comes before the undersigned United States Magistrate Judge pursuant to a general assignment made in accordance with the provision of 28 U.S.C. § 636, and upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. [Docket No. 2].

In an Order dated January 8, 2020, this Court ordered Plaintiff Alex Blue to submit financial information from which his initial partial filing fee for this matter could be calculated. (See, Order [Docket No. 3]) (citing 28 U.S.C. § 1915(b)). Plaintiff was permitted thirty days to submit the required financial information. (Id.). Plaintiff was forewarned that if he failed to submit the required information as ordered it would be recommended that this action be dismissed without prejudice for failure to prosecute. (Id.) (citing Fed. R. Civ. P. 41(b)).

That deadline has now passed, and Plaintiff has not submitted the required financial information. In fact, Plaintiff has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, in accordance with its prior Order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute and failure to comply with this Court's January 8, 2020, Order. See, Henderson v. Renaissance Grand Hotel, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to

dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

Therefore, based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT**:

1. This action be **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with this Court's Order dated January 8, 2020; and

2. Plaintiff's Application to Proceed in forma pauperis, [Docket No. 2], be **DENIED as moot**.

Dated: March 24, 2020

s/Leo I. Brisbois
Hon. Leo I. Brisbois
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).