UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alex Blue, | Case No. 19-cv-3171 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Renville County et al., | |
| Defendants. | |

---

This matter is before the Court on the March 24, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 4.) The R&R recommends dismissing Plaintiff Alex Blue's complaint for failure to prosecute and failure to comply with a January 8, 2020 court order. The R&R also recommends denying as moot Blue's Application to Proceed in District Court without Prepaying Fees or Costs. Objections to the R&R have not been filed in the time period permitted.

In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having carefully performed this review, the Court finds no clear error and adopts the R&R.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 24, 2020 Report and Recommendation, (Dkt. 4), is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  July 9, 2020                                              s/Wilhelmina M. Wright
                                                                              Wilhelmina M. Wright
                                                                              United States District Judge